UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. __12-2548__

__USA__ vs. __Harry Katzin, et al.__

Calendar Date __3/18/12__    Location __Philadelphia__

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: __Thomas A. Dreyer__

Designation of Arguing Counsel: __Thomas A. Dreyer__

Member of the Bar:   __x__ Yes   ____ No

Representing (check only one):

____ Petitioner(s)   ____ Appellant(s)   ____ Intervenor(s)

____ Respondent(s)   __x__ Appellee(s)   ____ Amicus Curiae

Please list the name of the lead party being represented:

__Harry Katzin__

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)