OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 8, 2014
*__AMENDED__

Rocco C. Cipparone Jr. Esq.
Catherine N. Crump Esq.
William A. DeStefano Esq.
Thomas A. Dreyer Esq.
Emily McKillip Esq.
Brett G. Sweitzer Esq.
Thomas M. Zaleski Esq.
Robert A. Zauzmer Esq.

RE: USA v. Harry Katzin, et al
Case Number: 12-2548
District Case Number: 5-11-cr-00226-001
District Case Number: 5-11-cr-00226-002
District Case Number: 5-11-cr-00226-003

Dear Counsel:

   The Court has directed me to advise counsel the above-entitled case is listed for rehearing en banc before the Court on **Wednesday, May 28, 2014.** Counsel will be allotted **30** minutes total court time for each side as follows: each side will have 5 minutes of uninterrupted time after which the court will be free to question counsel about matters of concern to the Court. Counsel is further advised that the Court has read the briefs and that the **5** minutes of uninterrupted time is provided so that counsel can emphasize particular facts or legal principles. The Court also advises counsel that the entire case is before the Court and that counsel should be prepared to argue all issues that are ripe for review.

   Court will convene at **10:00 a.m.** and argument in this matter is scheduled in ***The Ceremonial Courtroom, (1st Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA).** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

   Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany Washington*

Tiffany Washington, Calendar Clerk
267-299-4905