

Marcia M. Waldron
Clerk of Court
United States Court of Appeals
United States Courthouse, 21st Floor
601 Market Street
Philadelphia, PA 19106

    Re: <u>United States v. Katzin, No. 12-2548</u>
      <u>Request for Clarification</u>

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.519.7804
F/212-549-258O
WWW.ACLU.ORG

Dear Ms. Waldron:

Today, the Clerk's Office issued a letter advising counsel in the above-captioned case that "the Court is only interested in hearing argument on the warrantless use of the GPS tracking device." I write with the concurrence of the government (appellant), which joins the defendants (appellees) in seeking clarification regarding the issues the Court would like them to address at oral argument.

The government's appeal presented four issues for the Court's review: (1) Whether warrantless use of a GPS device is permissible on the basis of reasonable suspicion. (2) If not, whether warrantless use of a GPS device is permissible on the basis of probable cause. (3) If not, whether the warrantless use of a GPS device in this case is subject to the good faith exception to the exclusionary rule. (4) Whether two of the appellees had standing to challenge the warrantless use of the GPS device.

It would be helpful to understand which of these issues the Court wishes the parties to address and which to eschew. The parties thank the Court for its consideration of this request.

            Respectfully submitted,

            <u>/s/ Catherine Crump</u>
            Catherine Crump
            American Civil Liberties
             Union Foundation
            125 Broad Street, 18th Floor
            New York, NY 10004
            (212) 549-2500

      cc: All counsel (via ECF)