OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 22, 2014

Rocco C. Cipparone Jr. Esq.
Catherine N. Crump Esq.
William A. DeStefano Esq.
Thomas A. Dreyer Esq.
Emily McKillip Esq.
Brett G. Sweitzer Esq.
Thomas M. Zaleski Esq.
Robert A. Zauzmer Esq.

RE: USA v. Harry Katzin, et al
Case Number: 12-2548
District Case Number: 5-11-cr-00226-001
District Case Number: 5-11-cr-00226-002
District Case Number: 5-11-cr-00226-003

Dear Counsel,

As a follow-up to the letter sent earlier today, the Court wishes to emphasize that the focus of oral argument will be exclusively on the applicability of the good faith exception.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany Washington*
Tiffany Washington, Calendar Clerk
267-299-4905